Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alan Houghton                                          Carrie Houghton
   137 Richard Street                                137 Richard Street
   Brick, NJ 08724                                    Brick, NJ 08724

Social Security No.:
   xxx−xx−1182                                          xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/21/24
Time:           10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 18, 2024
JAN: mmf

                                                                    Jeanne Naughton
                                                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                   Case No. 24-16085-CMG
Alan Houghton                                                                                                                     Chapter 13
Carrie Houghton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 3
Date Rcvd: Jun 18, 2024                  Form ID: 132                    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |
| 520301239 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 18 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 18 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520301219 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 18 2024 20:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 520301220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2024 20:35:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520301223 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 18 2024 20:35:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520301222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 20:39:07 | Best Buy, PO Box 183195, Columbus, OH 43218 |
| 520301224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 20:36:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520301229 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 18 2024 20:36:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520301226 | + | Email/Text: mrdiscen@discover.com | Jun 18 2024 20:35:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301228 | + | Email/Text: mrdiscen@discover.com | Jun 18 2024 20:35:00 | Discover Financial Services, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520301230 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 18 2024 20:36:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520301231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 20:39:04 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520301232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2024 20:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520301233 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 18 2024 20:39:26 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520301237 | + | Email/Text: M74banko@mercedes-benz.com | Jun 18 2024 20:35:00 | Mercedes Benz Financial, Attn: Bankrtupcy, PO |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: 132 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 685, Roanoke, TX 76262-0685 |
| 520301238 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2024 20:39:03 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 520301240 | + | Email/Text: bankruptcy@savit.com | Jun 18 2024 20:37:00 | SAVIT, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 520301242 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2024 20:51:34 | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520301241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 20:39:30 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 520301243 | | Email/Text: bncmail@w-legal.com | Jun 18 2024 20:36:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 520301244 | | Email/Text: bknotice@upgrade.com | Jun 18 2024 20:35:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floord, San Francisco, CA 94111 |
| 520301245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 18 2024 20:51:15 | Venmo, PO box 71718, Philadelphia, PA 19176-1718 |
| 520301236 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 18 2024 20:35:00 | kohls/capone, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520301221 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520301225 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520301227 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301234 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520301235 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James J. Cerbone | on behalf of Joint Debtor Carrie Houghton cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: 132 | Total Noticed: 25 |

James J. Cerbone
    on behalf of Debtor Alan Houghton cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4