UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                       Bankr. Case No. 24-16085-CMG

Alan Houghton and Carrie Houghton                                               Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                               Bankr. Case No. 24-16085-CMG

Alan Houghton and Carrie Houghton                               Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 1, 2024 :

| | |
|---|---|
| James J. Cerbone<br>1704 Maxwell Drive<br>Suite 206<br>Wall, NJ 07719 | Albert Russo<br>CN 4853<br>Trenton, NJ 08650 |

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx91954 / 1095407