| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for CARRINGTON MORTGAGE SERVICES, LLC* | |
| In Re:<br><br>Alan Houghton<br><br>Carrie Houghton<br><br>                Debtor(s). | Case No.: 24-16085-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CARRINGTON MORTGAGE SERVICES, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
        Hill Wallack LLP
        21 Roszel Road, P.O. Box 5226
        Princeton, NJ 08543

    DOCUMENTS:
        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
        ☑ All documents and pleadings of any nature.

                                              By:*/s/ Aleisha C. Jennings*

Dated: July 24, 2024

*new.8/1/15*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Aleisha C. Jennings, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: ajennings@hillwallack.com<br>*Attorneys for CARRINGTON MORTGAGE SERVICES, LLC* |

| In Re: | Case No.: 24-16085-CMG |
|---|---|
| Alan Houghton | Chapter: 13 |
| Carrie Houghton | Judge: Christine M. Gravelle |
| Debtor(s). | |

## CERTIFICATION OF SERVICE

1. I, Michael Hartmann:

    ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

2. On July 24, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 24, 2024

*/s/ Michael Hartmann*
Michael Hartmann

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan Houghton<br>137 Richard Street<br>Brick, NJ 08724 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Carrie Houghton<br>137 Richard Street<br>Brick, NJ 08724 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| James J. Cerbone<br>1704 Maxwell Drive Suite 206<br>Wall, NJ 07719 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.