**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
856-616-8086
Email: apattison@hillwack.com
Attorneys for Carrington Mortgage Services, LLC

Order Filed on August 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

Alan Houghton,
Carrie Houghton.

   Debtors.

Chapter: 13

Case No.: 24-16085-CMG

Judge: Christine M. Gravelle

Hearing: August 21, 2024

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: August 21, 2024**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Debtors:    Alan Houghton and Carrie Houghton
Case No:    24-16085-CMG
Caption:    Order Resolving Objection to Confirmation of Debtors' Chapter 13 Plan

**THIS MATTER** having been opened to the Court by James J. Cerbone, Esq., attorney for the Debtors, Alan and Carrie Houghton ("Debtors"), upon the filing of a Chapter 13 Plan, and Carrington Mortgage Services, LLC ("Secured Creditor"), by and through its attorneys, Hill Wallack LLP, having filed an Objection to Confirmation of Chapter 13 Plan, and the parties consenting to the entry of the order herein, and for good cause shown; it is hereby

**ORDERED** that:

1. The pre-petition arrears due and owing Secured Creditor in the amount of **$11,374.94,** as stated in the Proof of Claim filed on August 9, 2024 **(Claim # 20-1)**, shall be paid in full by the Debtors through the Plan, and the Debtors shall pay regular monthly mortgage payments outside of the plan, in the current amount of **$2,345.61** (subject to change), pursuant to the terms of the subject Note and Mortgage.

2. Debtors' Chapter 13 Plan is hereby amended with respect to Secured Creditor pursuant to the terms herein, and this Order is hereby incorporated in and a part of any Order confirming the plan in the within case.