| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>856-616-8086<br>Email: apattison@hillwack.com<br>Attorneys for Carrington Mortgage Services, LLC | Order Filed on August 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Alan Houghton,<br>Carrie Houghton.<br><br>Debtors. | Chapter: 13<br><br>Case No.: 24-16085-CMG<br><br>Judge: Christine M. Gravelle<br><br>Hearing: August 21, 2024 |

### ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: August 21, 2024**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Debtors:    Alan Houghton and Carrie Houghton
Case No:    24-16085-CMG
Caption:    Order Resolving Objection to Confirmation of Debtors' Chapter 13 Plan

**THIS MATTER** having been opened to the Court by James J. Cerbone, Esq., attorney for the Debtors, Alan and Carrie Houghton ("Debtors"), upon the filing of a Chapter 13 Plan, and Carrington Mortgage Services, LLC ("Secured Creditor"), by and through its attorneys, Hill Wallack LLP, having filed an Objection to Confirmation of Chapter 13 Plan, and the parties consenting to the entry of the order herein, and for good cause shown; it is hereby

**ORDERED** that:

1. The pre-petition arrears due and owing Secured Creditor in the amount of **$11,374.94,** as stated in the Proof of Claim filed on August 9, 2024 **(Claim # 20-1)**, shall be paid in full by the Debtors through the Plan, and the Debtors shall pay regular monthly mortgage payments outside of the plan, in the current amount of **$2,345.61** (subject to change), pursuant to the terms of the subject Note and Mortgage.

2. Debtors' Chapter 13 Plan is hereby amended with respect to Secured Creditor pursuant to the terms herein, and this Order is hereby incorporated in and a part of any Order confirming the plan in the within case.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16085-CMG |
| Alan Houghton | Chapter 13 |
| Carrie Houghton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ajennings@hillwallack.com |
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Carrie Houghton cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Alan Houghton cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7