# JAMES J. CERBONE, P.C.
## ATTORNEY AT LAW

JAMES J. CERBONE
LL.M. IN TRIAL ADVOCACY
MEMBER N.J. & N.Y. BAR

TAMMY M WHITE
MEMBER NJ BAR

MEMBER: AMERICAN
BANKRUPTCY INSTITUTE

1704 Maxwell Drive
Suite 206
Wall, NJ 07719

PHONE: 732-681-6800
FAX: 732-681-7787

PLEASE REPLY TO
WALL OFFICE

E-MAIL:
Cerbonelawfirm@aol.com

September 4, 2024

Honorable Christine M Gravelle
402 East State Street
Trenton NJ 08650

**RE: Alan & Carrie Houghton**
**24-16085**

Dear Honorable Christine M Gravelle

Please withdraw the modified plan, docket number 24.

Should you have any questions, please contact our office at the number above.

Very truly yours

/s/James J Cerbone
James J Cerbone