Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Mercedes-Benz Vehicle
Trust successor in interest to Daimler Trust

|  |  |
|---|---|
| IN RE:    ALAN HOUGHTON<br>CARRIE HOUGHTON | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br>CASE NO:  24-16085 (CMG)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust enters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Mercedes-Benz Financial Services with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Mercedes-Benz Financial Services USA LLC by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Mercedes-Benz Vehicle
Trust successor in interest
to Daimler Trust
2860 Patton Rd
Roseville, MN  55113

      Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

      /s/ William E. Craig
      William E. Craig, Esquire
      Attorney for Mercedes-Benz Vehicle
      Trust successor in intrest to Daimler Trust

Dated:  9/05/2024