Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Houghton
137 Richard Street
Brick, NJ 08724

Carrie Houghton
137 Richard Street
Brick, NJ 08724

Social Security No.:
xxx−xx−1182                                        xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        10/2/24
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 3, 2024
JAN: mmf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Alan Houghton<br>Carrie Houghton<br>    Debtors | Case No. 24-16085-CMG<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 03, 2024 | Form ID: 132 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| 520301239 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2024 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2024 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520323173 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2024 22:44:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520304014 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2024 22:48:28 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520342204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2024 22:48:21 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301219 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 03 2024 22:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 520309353 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2024 22:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520301220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 03 2024 22:42:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520365607 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 03 2024 22:42:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520301223 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 03 2024 22:43:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520357711 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 03 2024 22:43:00 | Carrington Mortgage Services, LLC., 1600 South Douglass Road, Anaheim, CA 92806 |
| 520301222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2024 23:01:03 | Best Buy, PO Box 183195, Columbus, OH 43218 |
| 520335714 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2024 23:01:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 24-16085-CMG    Doc 30    Filed 09/05/24    Entered 09/06/24 00:24:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 03, 2024 | Form ID: 132 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 520304231 | + | Email/Text: bankruptcy@cavps.com | Sep 03 2024 22:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520354238 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2024 23:01:10 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520301224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2024 22:45:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520372315 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 03 2024 22:44:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520301229 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 03 2024 22:44:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520308142 | | Email/Text: mrdiscen@discover.com | Sep 03 2024 22:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520301226 | + | Email/Text: mrdiscen@discover.com | Sep 03 2024 22:43:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301228 | + | Email/Text: mrdiscen@discover.com | Sep 03 2024 22:43:00 | Discover Financial Services, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520311984 | + | Email/Text: dplbk@discover.com | Sep 03 2024 22:45:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520301230 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2024 22:44:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520301231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2024 22:49:13 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520301232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2024 22:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520353146 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2024 22:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520301233 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2024 23:01:28 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520339257 | + | Email/Text: RASEBN@raslg.com | Sep 03 2024 22:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520301237 | + | Email/Text: M74banko@mercedes-benz.com | Sep 03 2024 22:43:00 | Mercedes Benz Financial, Attn: Bankrtupcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520324350 | | Email/Text: notices@bkservicing.com | Sep 03 2024 22:44:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520353455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2024 23:01:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520339101 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2024 23:01:55 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 520301238 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2024 23:02:06 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 520351729 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2024 22:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520351026 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2024 22:49:12 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520301240 | + | Email/Text: bankruptcy@savit.com | Sep 03 2024 22:45:00 | SAVIT, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 520301242 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2024 22:48:02 | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

| Recip ID | | | Sent Date | Name and Address |
|---|---|---|---|---|
| 520301241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2024 22:49:16 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 520370359 | | Email/Text: bncmail@w-legal.com | Sep 03 2024 22:45:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520324094 | + | Email/Text: tdebn@credbankserv.com | Sep 03 2024 22:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520301243 | | Email/Text: bncmail@w-legal.com | Sep 03 2024 22:45:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 520301244 | | Email/Text: bknotice@upgrade.com | Sep 03 2024 22:43:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floord, San Francisco, CA 94111 |
| 520301245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2024 23:01:36 | Venmo, PO box 71718, Philadelphia, PA 19176-1718 |
| 520301236 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 03 2024 22:43:00 | kohls/capone, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520301221 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520301225 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520301227 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301234 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520301235 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC ajennings@hillwallack.com |
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Carrie Houghton cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Alan Houghton cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7