UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

MB-680-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034 (856) 330-6200
Attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust



Order Filed on October 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-16085

Adv. No.

Hearing Date: 10-2-24

Judge: (CMG)

In Re:

ALAN HOUGHTON
CARRIE HOUGHTON

# ORDER FOR LEASE ASSUMPTION, ARREARAGE CURE, MONTHLY LEASE PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, COUNSEL FEES, AND SELF-EXECUTING STAY RELIEF AT LEASE END

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 21, 2024**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**(Page 2)**

Debtors: Alan and Carrie Houghton

Case No: 24-16085

Caption of Order: Order for lease assumption, arrearage cure, monthly lease payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz"), with the appearance of James J. Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Mercedes-Benz is the owner and lessor of a 2021 Mercedes-Benz GLC 300 bearing vehicle identification number W1N0G8EB3MV318264.**
2. **That with the entry of this order the Debtors have assumed the lease.**
3. **That the Debtors' account has arrears through September 2024 in the amount of $3,071.40.**
4. **That the Debtors are to cure the arrears set forth in paragraph three (3) above as follows:**
   a. **The Debtors are to make a payment of $1,500.00 directly to Mercedes-Benz by September 20, 2024 or Mercedes-Benz shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**
   b. **The Debtors are to make a payment of $726.00 directly to Mercedes-Benz by September 26, 2024 or Mercedes-Benz shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtors: Alan and Carrie Houghton
Case No: 24-16085
Caption of Order:  Order for lease assumption, arrearage cure, monthly lease payments, stay relief under certain circumstances, insurance, counsel fees, and self-executing stay relief at lease end.

c. **Following the payments set forth above, the Debtors are to cure the remaining arrears plus the October 2024 payment by October 30, 2024 or Mercedes-Benz shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

5. **That commencing November 2024, if the Debtors fail to make any payment to Mercedes-Benz within thirty (30) days after it falls due, Mercedes-Benz shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Mercedes-Benz must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Mercedes-Benz shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

7. **That at the end of the lease the Debtors must either surrender the vehicle or purchase it in accordance with the lease end purchase option.  At lease-end, Mercedes-Benz shall be entitled to immediate stay relief in order to repossess (if necessary) and sell said vehicle without further application to the Court. The terms of this paragraph are deemed to be self-executing in nature.**

8. **That the Debtors are to pay a counsel fee of $449.00 to Mercedes-Benz through their Chapter 13 Plan.**