Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alan Houghton | Carrie Houghton |
| 137 Richard Street | 137 Richard Street |
| Brick, NJ 08724 | Brick, NJ 08724 |

Social Security No.:
  xxx−xx−1182                                       xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 8, 2024.

Dated: November 8, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 24-16085-CMG
Alan Houghton                                                                                   Chapter 13
Carrie Houghton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Nov 08, 2024      Form ID: plncf13      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 21 Roszel Rd, Princeton, NJ 08543, UNITED STATES 08540-6866 |
| cr | + | Mercedes-Benz Vehicle Trust successor in interest, 2860 Patton Road, Roseville, MN 55113-1100 |
| 520301239 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520323173 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 08 2024 20:44:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520304014 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 08 2024 21:48:50 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520342204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 08 2024 20:57:18 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520301219 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 08 2024 20:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 520309353 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 08 2024 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520301220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2024 20:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520365607 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2024 20:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520301223 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 08 2024 20:43:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520357711 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 08 2024 20:43:00 | Carrington Mortgage Services, LLC., 1600 South Douglass Road, Anaheim, CA 92806 |
| 520301222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2024 21:15:43 | Best Buy, PO Box 183195, Columbus, OH 43218 |
| 520335714 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 08 2024 21:14:52 | Capital One, N.A., 4515 N Santa Fe Ave, |

Case 24-16085-CMG    Doc 49    Filed 11/10/24    Entered 11/11/24 00:16:51    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: plncf13 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 520304231 | + | Email/Text: bankruptcy@cavps.com<br>Nov 08 2024 20:45:00 | | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520354238 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Nov 08 2024 21:15:06 | | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520301224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Nov 08 2024 20:45:00 | | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520372315 | | Email/Text: BKCourtNotices@yourmortgageonline.com<br>Nov 08 2024 20:44:00 | | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520301229 | | Email/Text: BKCourtNotices@yourmortgageonline.com<br>Nov 08 2024 20:44:00 | | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520308142 | | Email/Text: mrdiscen@discover.com<br>Nov 08 2024 20:43:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520301226 | + | Email/Text: mrdiscen@discover.com<br>Nov 08 2024 20:43:00 | | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301228 | + | Email/Text: mrdiscen@discover.com<br>Nov 08 2024 20:43:00 | | Discover Financial Services, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520311984 | + | Email/Text: dplbk@discover.com<br>Nov 08 2024 20:45:00 | | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520301230 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Nov 08 2024 20:44:00 | | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 520301231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Nov 08 2024 21:15:44 | | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520301232 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Nov 08 2024 20:44:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520353146 | | Email/Text: JCAP_BNC_Notices@jcap.com<br>Nov 08 2024 20:45:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520301233 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Nov 08 2024 20:56:27 | | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520339257 | + | Email/Text: RASEBN@raslg.com<br>Nov 08 2024 20:43:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520301237 | + | Email/Text: M74banko@mercedes-benz.com<br>Nov 08 2024 20:43:00 | | Mercedes Benz Financial, Attn: Bankrtupcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520324350 | | Email/Text: notices@bkservicing.com<br>Nov 08 2024 20:44:00 | | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 520353455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 08 2024 21:14:32 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520339101 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Nov 08 2024 21:15:12 | | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 520301238 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Nov 08 2024 21:15:08 | | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 520351729 | | Email/Text: bnc-quantum@quantum3group.com<br>Nov 08 2024 20:45:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520351026 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 08 2024 21:14:16 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520301240 | + | Email/Text: bankruptcy@savit.com<br>Nov 08 2024 20:46:00 | | SAVIT, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 520301242 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 08 2024 21:14:48 | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 520301241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2024 20:56:03 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 520370359 | | Email/Text: bncmail@w-legal.com | Nov 08 2024 20:44:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520324094 | + | Email/Text: tdebn@credbankserv.com | Nov 08 2024 20:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520301243 | | Email/Text: bncmail@w-legal.com | Nov 08 2024 20:44:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 520301244 | | Email/Text: bknotice@upgrade.com | Nov 08 2024 20:43:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floord, San Francisco, CA 94111 |
| 520301245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 08 2024 20:55:36 | Venmo, PO box 71718, Philadelphia, PA 19176-1718 |
| 520301236 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2024 20:43:00 | kohls/capone, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520301221 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 520301225 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520301227 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520301234 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 520301235 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC ajennings@hillwallack.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: plncf13 | Total Noticed: 48 |

Angela Catherine Pattison
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Cerbone
    on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com

James J. Cerbone
    on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8