UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, New Jersey 08736
(732) 681-6800
Attorney for debtor

**Order Filed on November 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALAN & CARRIE HOUGHTON

Case No.: _____24-16085_____

Chapter: 13

Judge: _____CMG_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: November 18, 2024**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq_____, the applicant, is allowed a fee of $ _____812.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____812.50_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____827.50_____ per month for _____55_____ months to allow for payment of the above fee.

*rev.8/1/15*