| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>JAMES J. CERBONE, ESQUIRE-4036<br>2430 HIGHWAY 34<br>BUILDING B SUITE 22<br>WALL, New Jersey 08736<br>(732) 681-6800<br>Attorney for debtor | Order Filed on November 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALAN & CARRIE HOUGHTON | Case No.: 24-16085<br>Chapter: 13<br>Judge: CMG |

# AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 21, 2024**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ James J. Cerbone, Esq _____, the applicant, is allowed a fee of $ _____ 812.50 _____ for services rendered and expenses in the amount of $ _____ for a total of $ _____ 812.50 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 724.00 _____ per month for _____ 55 _____ months to allow for payment of the above fee.

*rev.8/1/15*