UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, New Jersey 08736
(732) 681-6800
Attorney for debtor

Order Filed on November 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALAN & CARRIE HOUGHTON

Case No.: 24-16085

Chapter: 13

Judge: CMG

# AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 21, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ James J. Cerbone, Esq _____, the applicant, is allowed a fee of $ _____ 812.50 _____ for services rendered and expenses in the amount of $ _____ for a total of $ _____ 812.50 _____. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 724.00 _____ per month for _____ 55 _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-16085-CMG
Alan Houghton  Chapter 13
Carrie Houghton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 21, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC ajennings@hillwallack.com

Angela Catherine Pattison
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Cerbone
    on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com

James J. Cerbone

on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com cerbonejr83307@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8