| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-16085 / CMG**

Alan Houghton
Carrie Houghton

Petition Filed Date: 06/17/2024
341 Hearing Date: 07/18/2024
Confirmation Date: 11/06/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/10/2024 | $498.00 | | 08/09/2024 | $230.00 | | 08/23/2024 | $230.00 | |
| 09/09/2024 | $230.00 | | 09/20/2024 | $230.00 | | 10/04/2024 | $230.00 | |
| 10/08/2024 | $250.00 | | 10/21/2024 | $230.00 | | 11/01/2024 | $230.00 | |
| 11/07/2024 | $250.00 | | 11/18/2024 | $338.00 | | 12/02/2024 | $338.00 | |
| 12/13/2024 | $338.00 | | 12/30/2024 | $338.00 | | 12/31/2024 | $100.00 | |

**Total Receipts for the Period:  $4,060.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,398.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alan Houghton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,560.00 | $2,323.99 | $236.01 |
| 1 | CAVALRY SPV I, LLC<br>»»  CITIBANK, NA | Unsecured Creditors | $16,816.71 | $0.00 | $16,816.71 |
| 2 | DISCOVER BANK | Unsecured Creditors | $12,289.22 | $0.00 | $12,289.22 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2021 GMC SIERRA 1500 | Debt Secured by Vehicle | $847.70 | $0.00 | $847.70 |
| 4 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $23,913.38 | $0.00 | $23,913.38 |
| 5 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $19,243.66 | $0.00 | $19,243.66 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2022-2023 | Priority Creditors | $9,176.88 | $0.00 | $9,176.88 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $552.14 | $0.00 | $552.14 |
| 8 | TD RETAIL CARD SERVICES | Unsecured Creditors | $1,016.40 | $0.00 | $1,016.40 |
| 9 | MERCEDES-BENZ VEHICLE TRUST<br>»»  LEASE/2021 MERCEDES BENZ GLC | Debt Secured by Vehicle | $179.40 | $0.00 | $179.40 |
| 10 | CAPITAL ONE BANK (USA), N.A.<br>»»  HSBC BANK NEVADA, NA | Unsecured Creditors | $1,989.03 | $0.00 | $1,989.03 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,452.86 | $0.00 | $3,452.86 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $3,285.82 | $0.00 | $3,285.82 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,816.76 | $0.00 | $14,816.76 |
| 14 | ALLY CAPITAL<br>»»  2021 HYUNDAI TUCSON | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-16085 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,011.14 | $0.00 | $14,011.14 |
| 16 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,996.52 | $0.00 | $4,996.52 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  ULTAMATE REWARDS MC | Unsecured Creditors | $7,157.50 | $0.00 | $7,157.50 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY NETWORKS | Unsecured Creditors | $1,961.05 | $0.00 | $1,961.05 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VENMO | Unsecured Creditors | $6,513.49 | $0.00 | $6,513.49 |
| 20 | CITIBANK, N.A.<br>»»  MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $755.32 | $0.00 | $755.32 |
| 21 | CARRINGTON MTG SERVICES, LLC<br>»»  P/137 RICHARD ST/1ST MTG/ORDER 8/21/24 | Mortgage Arrears | $11,374.94 | $0.00 | $11,374.94 |
| 22 | CITIBANK, N.A.<br>»»  SEARS MC | Unsecured Creditors | $2,227.75 | $0.00 | $2,227.75 |
| 23 | CITIBANK, N.A.<br>»»  MY BEST BUY CREDIT CARD | Unsecured Creditors | $11,606.07 | $0.00 | $11,606.07 |
| 24 | BANK OF AMERICA | Unsecured Creditors | $6,630.29 | $0.00 | $6,630.29 |
| 25 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $553.28 | $0.00 | $553.28 |
| 26 | TD BANK USA, NA | Unsecured Creditors | $1,066.39 | $0.00 | $1,066.39 |
| 27 | DISCOVER BANK<br>»»  P/137 RICHARD ST/2ND MTG | Mortgage Arrears | $1,195.50 | $0.00 | $1,195.50 |
| 28 | DISCOVER BANK<br>»»  137 RICHARD ST/ATTY FEES 10/17/24 | Mortgage Arrears | $549.00 | $0.00 | $549.00 |
| 29 | MERCEDES-BENZ VEHICLE TRUST<br>»»  2021 MERCEDES GLC 300/ATTY FEES 10/21/2 | Debt Secured by Vehicle | $449.00 | $0.00 | $449.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 11/18/24/AMD 11/21/24 | Attorney Fees | $812.50 | $737.59 | $74.91 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,398.00 | Plan Balance: | $37,858.00 ** |
| Paid to Claims: | $3,061.58 | Current Monthly Payment: | $724.00 |
| Paid to Trustee: | $317.11 | Arrearages: | ($592.00) |
| Funds on Hand: | $1,019.31 | Total Plan Base: | $42,256.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.