Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  24−16085−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Alan Houghton                                       Carrie Houghton
  137 Richard Street                            137 Richard Street
  Brick, NJ 08724                                 Brick, NJ 08724

Social Security No.:
  xxx−xx−1182                                       xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/19/25 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Mercedes−Benz Vehicle Trust successor in interest to Daimler Trust. Objection deadline is 02/18/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 2/13/25

                                                                  Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court