Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Houghton
137 Richard Street
Brick, NJ 08724

Carrie Houghton
137 Richard Street
Brick, NJ 08724

Social Security No.:
xxx−xx−1182

xxx−xx−8311

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/19/25 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Mercedes−Benz Vehicle Trust successor in interest to Daimler Trust. Objection deadline is 02/18/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 2/13/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16085-CMG |
| Alan Houghton | Chapter 13 |
| Carrie Houghton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| Sherri R. Dicks | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: ntchrgbk | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9