UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MB-785-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034 (856) 330-6200
Attorney for Mercedes-Benz Vehicle Trust successor
in interest to Daimler Trust

In Re:

ALAN HOUGHTON
CARRIE HOUGHTON



**Order Filed on April 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 24-16085

 Adv. No.

Hearing Date: 3-19-25

Judge: (CMG)

**ORDER FOR COUNSEL FEES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 15, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors: Alan and Carrie Houghton
Case No: 24-16085
Caption of Order:  Order for counsel fees


      This matter having brought before this Court on a Certification Of Default filed by William E. Craig, Esq., attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz"), with the appearance of James J. Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby


      **ORDERED:**

1. **That Mercedes-Benz is the owner and lessor of a 2021 Mercedes-Benz GLC 300 bearing vehicle identification number W1N0G8EB3MV318264.**

2. **That the Debtors are to pay a counsel fee of $100.00 to Mercedes-Benz through their Chapter 13 Plan.**