UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MB-785-C

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034 (856) 330-6200

Attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust

In Re:

ALAN HOUGHTON
CARRIE HOUGHTON

Order Filed on April 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-16085

Adv. No.

Hearing Date: 3-19-25

Judge: (CMG)

# ORDER FOR COUNSEL FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 15, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtors: Alan and Carrie Houghton

Case No: 24-16085

Caption of Order: Order for counsel fees

This matter having brought before this Court on a Certification Of Default filed by William E. Craig, Esq., attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz"), with the appearance of James J. Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Mercedes-Benz is the owner and lessor of a 2021 Mercedes-Benz GLC 300 bearing vehicle identification number W1N0G8EB3MV318264.**
2. **That the Debtors are to pay a counsel fee of $100.00 to Mercedes-Benz through their Chapter 13 Plan.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16085-CMG |
| Alan Houghton | Chapter 13 |
| Carrie Houghton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| James J. Cerbone | |
| | on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | |
| | on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| Sherri R. Dicks | |

| | |
|---|---|
| | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9