UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
JAMES J. CERBONE, ESQ. - 4036
1704 Maxwell Drive, Suite 206
Wall, NJ  07719
732-681-6800
Attorney for Debtor(s)

Order Filed on May 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alan & Carrie Houghton

Case No.: 24-16085

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 30, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq._____, the applicant, is allowed a fee of $ _____993.75_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____993.75_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____730.00_____ per month for _____remaining_____ months to allow for payment of the above fee.

*rev.8/1/15*