Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alan Houghton | Carrie Houghton |
| 137 Richard Street | 137 Richard Street |
| Brick, NJ 08724 | Brick, NJ 08724 |

Social Security No.:
   xxx−xx−1182
                                                                    xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/3/25 at 09:00 AM

to consider and act upon the following:

**76** − Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CAPITAL ONE, N.A.. Objection deadline is 08/6/2025. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/5/25

                                                                    Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court