Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Houghton
137 Richard Street
Brick, NJ 08724

Carrie Houghton
137 Richard Street
Brick, NJ 08724

Social Security No.:
   xxx−xx−1182

   xxx−xx−8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/25 at 09:00 AM

to consider and act upon the following:

**90** – Creditor's Certification of Default (related document:71 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 11/12/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 11/13/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court