UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1302-C

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for AmeriCredit Financial Services,
Inc. dba GM Financial

In Re:

ALAN HOUGHTON
CARRIE HOUGHTON



**Order Filed on December 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 24-16085

 Adv. No.

Hearing Date: 12-17-25

Judge: (CMG)

### ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 17, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtor: Alan Houghton and Carrie Houghton
Case No: 24-16085
Caption of Order: Order for arrearage cure, monthly payments, stay relief certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certification Of Default filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of James J. Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1.  **That GM Financial is the holder of a first purchase money security interest encumbering a 2021 GMC Sierra 1500 bearing vehicle identification number 3GTU9CET0MG219005.**

2.  **That the Debtors' account has post-petition arrears through December 2025 in the amount of $4,389.49.**

3.  **That the Debtors are to cure the arrears set forth in paragraph two (2) above by December 31, 2025 or GM Financial shall be entitled to Cert of Default upon filing a certification of non-payment with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

4.  **That commencing January 2026, if the Debtors fail to make any payment to GM Financial within thirty (30) days after it falls due, GM Financial shall be entitled to stay relief upon filing a certification with the court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

5.  **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. AmeriCredit Financial Services, Inc. dba GM Financial must be listed as**

**(Page 3)**

Debtor: Alan Houghton and Carrie Houghton

Case No: 24-16085

Caption of Order: Order for arrearage cure, monthly payments, stay relief certain circumstances, counsel fees, and insurance.

**loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, GM Financial shall be entitled to cert of default upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $400.00 to AmeriCredit Financial Services, Inc. dba GM Financial through their Chapter 13 Plan.**