| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>JAMES J. CERBONE, ESQUIRE - 4036<br>1704 Maxwell Drive<br>Suite 206<br>Wall NJ 07719<br>(732) 681-6800<br>Attorney for Debtor | Order Filed on December 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Carrie & Alan Houghton | Case No.: 24-16085<br>Chapter: 13<br>Judge: CMG |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: December 29, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq._____, the applicant, is allowed a fee of $ _____993.75_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____993.75_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*