Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on February 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Alan Houghton,<br>Carrie Houghton,<br><br><br>Debtors. | Case No. 24-16085-CMG<br><br>Hearing Date: January 28, 2026 at 9:00 a.m.<br><br>Judge: Christine M. Gravelle |

### CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

DATED: February 2, 2026

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2

Debtors: Alan Houghton
Case No.: 24-16085-CMG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Ally Capital ("Movant"), and Alan Houghton and Carrie Houghton ("Debtors") having filed opposition thereto, with respect to the the 2021 Hyundai Tucson Utility 4D Value 2.0L I4, VIN: KM8J33A45MU395690 ("Vehicle"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent eight (8) post-petition payments due June 9, 2025 through January 9, 2026, each payment in the amount of $385.43, less suspense of $330.27, for a total delinquency of $2,753.17.

2. Debtors shall cure the arrears in the amount of $2,753.17 by making five (5) equal monthly payments of $458.86, beginning February 15, 2026 through June 15, 2026, and one (1) payment in the amount of $458.87 on or before July 15, 2026.

3. Debtors shall resume post-petition payments to be paid timely and in full with the February 9, 2026 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Vehicle.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

Debtors: Alan Houghton
Case No.: 24-16085-CMG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

6. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Cerbone Law Firm |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By: /s/ Laura Egerman | By: [signature] |
| Laura Egerman | James J. Cerbone |
| Date: 02/02/2026 | Date: 1/28/26 |