JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for: Alan Houghton, Carrie Houghton

**Order Filed on February 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**Alan Houghton**
Carrie Houghton

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13

DEBTOR(S)

CASE NO.:        24-16085- CMG

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 9, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:

ORDERED that, James J. Cerbone, Esq., the applicant, is allowed a fee of $562.50 for services

rendered and expenses in the amount of $0 for a total of $562.50        .

The allowance is payable:

X  through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $        per month for the

remaining months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 24-16085-CMG

Alan Houghton                                                                        Chapter 13

Carrie Houghton

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                     Page 1 of 2

Date Rcvd: Feb 09, 2026                    Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                          +  Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor CAPITAL ONE  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

James J. Cerbone
    on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Feb 09, 2026                          Form ID: pdf903                              Total Noticed: 1

James J. Cerbone

on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

Laura M. Egerman

on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor CAPITAL ONE  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Sherri R. Dicks

on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC sdicks@raslg.com, shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 12