Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-16085 / CMG**

Alan Houghton
Carrie Houghton

Petition Filed Date: 06/17/2024
341 Hearing Date: 07/18/2024
Confirmation Date: 11/06/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $338.00 | | 01/27/2025 | $338.00 | | 02/07/2025 | $338.00 | |
| 02/21/2025 | $100.00 | | 02/24/2025 | $338.00 | | 03/07/2025 | $338.00 | |
| 03/21/2025 | $338.00 | | 04/01/2025 | $100.00 | | 04/04/2025 | $338.00 | |
| 04/23/2025 | $338.00 | | 05/02/2025 | $338.00 | | 05/16/2025 | $338.00 | |
| 05/28/2025 | $200.00 | | 06/02/2025 | $338.00 | | 06/13/2025 | $338.00 | |
| 06/27/2025 | $338.00 | | 07/14/2025 | $338.00 | | 07/25/2025 | $338.00 | |
| 08/08/2025 | $338.00 | | 08/22/2025 | $338.00 | | 08/27/2025 | $1,500.00 | |
| 09/08/2025 | $338.00 | | 09/10/2025 | $1,200.00 | | 09/19/2025 | $1,755.00 | |
| 10/06/2025 | $1,755.00 | | 10/20/2025 | $1,755.00 | | 10/31/2025 | $1,755.00 | |
| 11/17/2025 | $1,755.00 | | 12/01/2025 | $1,755.00 | | 12/12/2025 | $1,755.00 | |
| 12/29/2025 | $1,755.00 | | 01/09/2026 | $1,755.00 | | 01/26/2026 | $1,755.00 | |
| 02/06/2026 | $1,755.00 | | | | | | | |

**Total Receipts for the Period: $28,489.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $32,549.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alan Houghton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,560.00 | $2,560.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $16,816.71 | $0.00 | $16,816.71 |
| 2 | DISCOVER BANK | Unsecured Creditors | $12,289.22 | $0.00 | $12,289.22 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2021 GMC SIERRA 1500 | Debt Secured by Vehicle | $847.70 | $130.60 | $717.10 |
| 4 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $23,913.38 | $0.00 | $23,913.38 |
| 5 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $19,243.66 | $0.00 | $19,243.66 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2022-2023 | Priority Crediors | $9,176.88 | $0.00 | $9,176.88 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $552.14 | $0.00 | $552.14 |
| 8 | TD RETAIL CARD SERVICES | Unsecured Creditors | $1,016.40 | $0.00 | $1,016.40 |
| 9 | MERCEDES-BENZ VEHICLE TRUST<br>»» LEASE/2021 MERCEDES BENZ GLC/SV 8/5/25 | Debt Secured by Vehicle<br>Hold Funds: Stay Vacated | $179.40 | $17.68 | $161.72 |

**Chapter 13 Case No. 24-16085 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 10 | CAPITAL ONE BANK (USA), N.A.<br>»» HSBC BANK NEVADA, NA | Unsecured Creditors | $1,989.03 | $0.00 | $1,989.03 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,452.86 | $0.00 | $3,452.86 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $3,285.82 | $0.00 | $3,285.82 |
| 13 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,816.76 | $0.00 | $14,816.76 |
| 14 | ALLY CAPITAL<br>»» 2021 HYUNDAI TUCSON | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,011.14 | $0.00 | $14,011.14 |
| 16 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,996.52 | $0.00 | $4,996.52 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $7,157.50 | $0.00 | $7,157.50 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY NETWORKS | Unsecured Creditors | $1,961.05 | $0.00 | $1,961.05 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» VENMO | Unsecured Creditors | $6,513.49 | $0.00 | $6,513.49 |
| 20 | CITIBANK, N.A.<br>»» MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $755.32 | $0.00 | $755.32 |
| 21 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» 137 RICHARD ST/1ST MTG/ORDER 8/21/24 | Mortgage Arrears | $11,374.94 | $1,752.46 | $9,622.48 |
| 22 | CITIBANK, N.A.<br>»» SEARS MC | Unsecured Creditors | $2,227.75 | $0.00 | $2,227.75 |
| 23 | CITIBANK, N.A.<br>»» MY BEST BUY CREDIT CARD | Unsecured Creditors | $11,606.07 | $0.00 | $11,606.07 |
| 24 | BANK OF AMERICA | Unsecured Creditors | $6,630.29 | $0.00 | $6,630.29 |
| 25 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $553.28 | $0.00 | $553.28 |
| 26 | TD BANK USA, NA | Unsecured Creditors | $1,066.39 | $0.00 | $1,066.39 |
| 27 | Capital One N.A.<br>»» 137 RICHARD ST/2ND MTG/DISCOVER | Mortgage Arrears | $1,195.50 | $184.18 | $1,011.32 |
| 28 | Capital One N.A.<br>»» 137 RICHARD ST/ATTY FEES ORDER 10/17/24/DISCOVER | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 29 | MERCEDES-BENZ VEHICLE TRUST<br>»» 2021 MERCEDES GLC 300/ATTY FEES 10/21/24/SV 8/5/25 | Debt Secured by Vehicle | $449.00 | $449.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 11/18/24/AMD 11/21/24 | Attorney Fees | $812.50 | $812.50 | $0.00 |
| 30 | MERCEDES-BENZ VEHICLE TRUST<br>»» 2021 MERCEDES GLC300/ATTY FEES 4/15/25/SV 8/5/25 | Debt Secured by Vehicle | $100.00 | $100.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 5/30/25 | Attorney Fees | $993.75 | $993.75 | $0.00 |
| 31 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2021 GMC SIERRA/ATTY FEES 6/11/25 | Debt Secured by Vehicle | $599.00 | $599.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 8/14/25 | Attorney Fees | $968.75 | $902.57 | $66.18 |
| 32 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» P/137 RICHARD ST/REG. MTG. PMTS./ORDER 9/5/25 | Ongoing Mortgage | $0.00 | $11,728.05 | $0.00 |
| 33 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» P/137 RICHARD ST/POST-PET ARREARS ORDER 9/5/25 | Mortgage Arrears | $8,564.88 | $0.00 | $8,564.88 |
| 34 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» P/137 RICHARD ST/ATTY FEES ORDER 9/5/25 | Mortgage Arrears | $699.00 | $0.00 | $699.00 |
| 35 | CARRINGTON MORTGAGE SERVICES, LLC<br>»» P/137 RICHARD ST/GAP PAYMENTS ORDER 9/5/25 | Mortgage Arrears | $4,691.22 | $3,804.76 | $886.46 |

**Chapter 13 Case No. 24-16085 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 36 | Capital One N.A.<br>»» 137 RICHARD ST/PP ARREARS ORDER 9/15/2 | Mortgage Arrears | $3,308.30 | $0.00 | $3,308.30 |
| 37 | Capital One N.A.<br>»» 137 RICHARD ST/ATTY FEES ORDER 9/15/25 | Mortgage Arrears | $250.00 | $0.00 | $250.00 |
| 38 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2021 GMC SIERRA/ATTY FEES 12/17/25 | Debt Secured by Vehicle | $400.00 | $0.00 | $400.00 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 12/29/25 | Attorney Fees | $993.75 | $563.20 | $430.55 |
| 39 | ALLY FINANCIAL<br>»» 2021 HYUNDAI TUCSON/ATTY FEES 2/2/26 | Debt Secured by Vehicle | $649.00 | $0.00 | $649.00 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 2/9/26 | Attorney Fees | $562.50 | $0.00 | $562.50 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,549.00 | Plan Balance: | $148,461.00 ** |
| Paid to Claims: | $25,146.75 | Current Monthly Payment: | $3,510.00 |
| Paid to Trustee: | $2,516.90 | Arrearages: | $1,213.00 |
| Funds on Hand: | $4,885.35 | Total Plan Base: | $181,010.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**