Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24–16085–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Houghton                                    Carrie Houghton
137 Richard Street                               137 Richard Street
Brick, NJ 08724                                  Brick, NJ 08724

Social Security No.:
xxx–xx–1182                                       xxx–xx–8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/3/26 at 09:00 AM

to consider and act upon the following:

*115* – Creditor's Certification of Default (related document:97 Order Resolving Creditor's Certification of Default) filed by William E. Craig on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 05/12/2026. (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 5/12/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court