Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24–16085–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Houghton
137 Richard Street
Brick, NJ 08724

Carrie Houghton
137 Richard Street
Brick, NJ 08724

Social Security No.:
  xxx–xx–1182

  xxx–xx–8311

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/3/26 at 09:00 AM

to consider and act upon the following:

*115 –* Creditor's Certification of Default (related document:97 Order Resolving Creditor's Certification of Default) filed by William E. Craig on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 05/12/2026. (Attachments: # 1 Affidavit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 5/12/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-16085-CMG

Alan Houghton                                                                            Chapter 13

Carrie Houghton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                      Page 1 of 2

Date Rcvd: May 12, 2026                          Form ID: ntchrgbk                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID                         Recipient Name and Address**
db/jdb                        +  Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name                                  Email Address**

Albert Russo
                                              docs@russotrustee.com

Elizabeth K. Holdren
                                              on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC eholdren@hillwallack.com,
                                              hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

James J. Cerbone
                                              on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

James J. Cerbone
                                              on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

Laura M. Egerman
                                              on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

District/off: 0312-3                      User: admin                              Page 2 of 2
Date Rcvd: May 12, 2026                   Form ID: ntchrgbk                        Total Noticed: 1

              on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel

              on behalf of Creditor CAPITAL ONE  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Riley Anderson

              on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial randerson@egalawfirm.com

Sherri R. Dicks

              on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC sdicks@raslg.com, shrdlaw@hotmail.com

U.S. Trustee

              USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

              on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

              on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 12