UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1499

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

In Re:
ALAN HOUGHTON
CARRIE HOUGHTON

**Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 24-16085

Adv. No.

Hearing Date: 6-24-26

Judge: (CMG)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)
Debtors: Alan Houghton and Carrie Houghton
Case No: 24-16085
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certification of Default filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of James Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2021 GMC Sierra 1500 bearing vehicle identification number 3GTU9CET0MG219005.**

2. **That the Debtors' account has post-petition arrears through May 2026 in the amount of $1,016.40.**

3. **That the Debtor is to cure the arrears set forth in paragraph two (2) by making their regular monthly payment of $847.70 plus an additional $338.80 each month (for a total payment of $1,186.50) for the months of June 2026 through August 2026.**

4. **That commencing June 2026, if the Debtors fail to make any payment to Santander within thirty (30) days after it falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have**

**(Page 3)**

Debtors: Alan Houghton and Carrie Houghton

Case No: 24-16085

Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

> **full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  GM Financial must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $400.00 to GM Financial through their Chapter 13 Plan.**