UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1499

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

In Re:
ALAN HOUGHTON
CARRIE HOUGHTON



Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-16085

 Adv. No.

Hearing Date: 6-24-26

Judge: (CMG)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtors: Alan Houghton and Carrie Houghton
Case No: 24-16085
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certification of Default filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of James Cerbone, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2021 GMC Sierra 1500 bearing vehicle identification number 3GTU9CET0MG219005.**

2. **That the Debtors' account has post-petition arrears through May 2026 in the amount of $1,016.40.**

3. **That the Debtor is to cure the arrears set forth in paragraph two (2) by making their regular monthly payment of $847.70 plus an additional $338.80 each month (for a total payment of $1,186.50) for the months of June 2026 through August 2026.**

4. **That commencing June 2026, if the Debtors fail to make any payment to Santander within thirty (30) days after it falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the Chapter 13 Trustee.**

5. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have**

**(Page 3)**

Debtors: Alan Houghton and Carrie Houghton

Case No: 24-16085

Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

**full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  GM Financial must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $400.00 to GM Financial through their Chapter 13 Plan.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16085-CMG |
| Alan Houghton | Chapter 13 |
| Carrie Houghton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID                      Recipient Name and Address**
db/jdb                  +  Alan Houghton, Carrie Houghton, 137 Richard Street, Brick, NJ 08724-3684

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                      Email Address**

Albert Russo
                        docs@russotrustee.com

Elizabeth K. Holdren
                        on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC eholdren@hillwallack.com,
                        hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

James J. Cerbone
                        on behalf of Debtor Alan Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

James J. Cerbone
                        on behalf of Joint Debtor Carrie Houghton jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com

Laura M. Egerman
                        on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

District/off: 0312-3                           User: admin                                    Page 2 of 2

Date Rcvd: Jun 24, 2026                        Form ID: pdf903                           Total Noticed: 1

    on behalf of Creditor CAPITAL ONE  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Matthew K. Fissel

    on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Riley Anderson

    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial randerson@egalawfirm.com

Sherri R. Dicks

    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC sdicks@raslg.com, shrdlaw@hotmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

    on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 12