UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JAMES J. CERBONE, ESQ. 4036
1704 Maxwell Drive, Suite 206
Wall, NJ 07719
Phone: 732-681-6800
Email: JamesCerboneEsq@gmail.com
Attorney for:
Alan Houghton
Carrie Houghton

In Re:

Alan Houghton
Carrie Houghton

Case No.: 24-16085

Judge: CMG

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by ______________________________ , creditor,

A hearing has been scheduled for _____________________________, at __________.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____________________________, at ___________.

X Certification of Default filed by AmeriCredit Financial,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

☐ Payments have been made in the amount of $ ___________________, but have not been

accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

X Other (explain your answer):
I will be making a payment of $3,000.00 within one week and I will be able to pay the balance of arrears two weeks after that.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 27, 2026 /s/ Alan Houghton
Debtor's Signature

Date: October 27, 2026 /s/ Carrie Houghton
Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.