Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16085−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alan Houghton<br>137 Richard Street<br>Brick, NJ 08724 | Carrie Houghton<br>137 Richard Street<br>Brick, NJ 08724 |

Social Security No.:

| | |
|---|---|
| xxx−xx−1182 | xxx−xx−8311 |

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/18/26 at 09:00 AM

to consider and act upon the following:

***125*** − Creditor's Certification of Default (related document:120 Order (Generic)) filed by William E. Craig on behalf of AmeriCredit Financial Services, Inc. dba GM Financial. Objection deadline is 10/29/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

Dated: 10/28/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court